**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    PETER PAIZ,

10          Plaintiff,                            No. C 09-02576 JSW

11     v.

12   CHASE, et al.,                              **ORDER TRANSFERRING CASE**

13          Defendants.

14   _____/

15          The Court has received the response from defendant JPMorgan Chase Bank, N.A.,

16   erroneously sued as Chase ("JPMorgan"), to the Court's Order to Show Cause ("OSC").  No

17   other party has responded by the Court's deadline of August 4, 2009.  JPMorgan states that is

18   does not object to the jurisdiction of this Court and argues that it is in the interests of justice and

19   judicial economy to not transfer this action.  Although it concedes that this case should have

20   been removed to the Eastern District of California, JPMorgan urges the Court to retain

21   jurisdiction over this matter.  However, the Court has not yet reviewed or considered the

22   pending motion to dismiss.  Therefore, transferring this matter to the Eastern District of

23   California will not waist judicial resources.  Moreover, because the property at issue is located

24   in the Eastern District of California and no party resides in the Northern District of California,

25   the Court finds that transferring this matter to the Eastern District would be in the interests of

26   justice.  Therefore, the Court HEREBY TRANSFERS this matter to the Eastern District of

27   ///

28   ///

California pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404(a). The Clerk is directed to transfer this action to the Eastern District of California forthwith.

**IT IS SO ORDERED.**

Dated: August 5, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT

2    FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    PETER PAIZ,                                    Case Number: CV09-02576 JSW

7                    Plaintiff,                    **CERTIFICATE OF SERVICE**

8       v.

9    CHASE et al,

10                  Defendant.
                                        /

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.

13   That on August 5, 2009, I SERVED a true and correct copy(ies) of the attached, by
     placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
14   listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
     inter-office delivery receptacle located in the Clerk's office.

15

16

17   Peter Paiz
     1830 Avenida Martina
     Roseville, CA 95747

18

19   Dated: August 5, 2009

20                                                  Richard W. Wieking, Clerk
                                                    By: Jennifer Ottolini, Deputy Clerk
21

22

23

24

25

26

27

28